UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corp., et al.

*Plaintiff*

v.

Nuwber, Inc., et al.

*Defendant*

Civil Action No. 2:24-cv-04609

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that _____, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Clair E. Wischusen
Signature of Attorney

18 Columbia Turnpike, Suite 220
Address

Florham Park, NJ 07932
City/State/Zip

4/7/24
Date