Clair E. Wischusen
GORDON REES SCULLY MANSUKHANI LLP
18 Columbia Parkway, Suite 220
Florham Park, NJ 07932
Tel.: (973) 549-2500
cwischusen@grsm.com
*Attorneys for Defendant,*
*Nuwber, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDNONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>v.<br><br>NUWBER, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>    Defendants. | Case No.: 1:24-CV-04609 |

**APPLICATION FOR CLERK'S ORDER EXTENDING TIME**
**PURSUANT TO LOCAL RULE 6.1(B)**

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending by 14 days the time within which Defendant Nuwber, Inc. ("Nuwber") may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein. It is represented that:

1. Nuwber removed this action to this Court on April 7, 2024.

2. Pursuant to Fed. R. Civ. P. 81(c)(2), Nuwber's time to answer, move, or otherwise respond to the Complaint currently expires on April 14, 2024.

3.  Nuwber has not previously sought from this Court an extension of time to answer, move, or otherwise respond to the Complaint.

4.  Nuwber respectfully requests, pursuant to L. Civ. R. 6.1(b), a 14-day extension of time within which to answer, move, or otherwise respond to the Complaint, *i.e.*, until April 29, 2024.

Dated: April 9, 2024                    **GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Clair E. Wischusen*
Clair E. Wischusen (ID No. 018022009)
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
cwischusen@grsm.com

*Attorneys for Nuwber, Inc.*

## **[PROPOSED] ORDER**

      The application is GRANTED; the time within which Defendant Nuwber, Inc. is required to answer, move, or otherwise respond to the Complaint is extended to April 29, 2024.

Dated: April \_\_\_, 2024          By: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I electronically filed the foregoing by using the Court's CM/ECF system and by email upon the following:

>Rajiv D. Parikh, Esq.
>Kathleen Barnett Einhorn, Esq.
>PEM Law LLP
>1 Boland Drive, Suite 101
>West Orange, NJ 07052
>rparikh@pemlawfirm.com
>keinhorn@pemlawfirm.com
>
>John A. Yanhunis, Esq.
>Ryan J. McGee, Esq.
>Morgan & Morgan Complex Litigation Group
>201 North Franklin Street, 7th Floor
>Tampa, FL 33602
>jyanchunis@forthepeople.com
>rmcgee@forthepeople.com

Dated: April 9, 2024

By: */s/ Clair E. Wischusen*
    Clair E. Wischusen (ID No. 018022009)