## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>NUWBER INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No.: 24-4609 |

### **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 101.1(c)(1) of the Local Rules of the United States District Court for the District of New Jersey, I, Clair E. Wischusen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Bianca C. Evans
GORDON REES SCULLY MANSUKHANI, LLP
Three Logan Square, 1717 Arch Street
Suite 610
Philadelphia, PA 19103
Telephone: (215) 561-2300
Facsimile: (215) 693-6650
Email: bevans@grsm.com

Date: April 9, 2024               Respectfully submitted,

                                   By:   */s/ Clair E. Wischusen*
                                               CLAIRE E. WISCHUSEN
                                               **GORDON REES SCULLY MANSUKHANI, LLP**
                                               18 Columbia Turnpike
                                               Suite 220
                                               Florham Park, NJ 07932
                                               Telephone: (973)549-2500
                                               Facsimile: (973) 377-1911
                                               Email: ewischusen@grsm.com

                                               *Attorney for Defendant Nuwber Inc.*