## DECLARATION OF BIANCA EVANS

I, Bianca Evans, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am member in good standing of the bar of Pennsylvania.

2. I was admitted to the bar of Pennsylvania on April 24, 2023. The address of the office maintaining the roll of the members of the bar is: Supreme Court of Pennsylvania, 601 Commonwealth Avenue, Suite 4500, Harrisburg, PA 17106-2575.

3. There are no pending disciplinary proceedings against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I declare under penalty of perjury that the foregoing is true and correct.

Date: April, 9, 2024

Respectfully submitted,

By: *(signature)* Bianca Evans
BIANCA EVANS
GORDON REES SCULLY MANSUKHANI, LLP