UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                    **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #** CV 24-4609 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
              v.
NUWBER, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 10:00 AM                      Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes

                                              s/ *David Bruey*
                                              **DEPUTY CLERK**