# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporation

                    Plaintiff(s).


    **v.**


Nuwber, Inc., et al

                    Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**


Civil Action No.  1:24-cv-04609

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Clair E. Wischusen

Signature of Local Counsel


PRO HAC VICE ATTORNEY INFORMATION:

Name:        Bianca C. Evans

Address:     Three Logan Square

             1717 Arch St., Suite 610

             Philadelphia, PA 19103


E-mail:      bevans@grsm.com

             (One email address only)