UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell    **DOCKET #**  CV 24-4609 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
              v.
NUWBER, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE


Time commenced:  3:04 PM           Time Adjourned: 3:06 PM

Total: 2 minutes


                                         s/ *David Bruey*
                                         **DEPUTY CLERK**