CLAIR WISCHUSEN
PARTNER
DIRECT DIAL: (703) 650-7030
EMAIL: CWISCHUSEN@GRSM.COM



ATTORNEYS AT LAW
277 S. WASHINGTON STREET SUITE 550
ALEXANDRIA, VA 22314
WWW.GRSM.COM

June 12, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** *Atlas Data Privacy Corp., et al v. Nuwber, Inc.* **(No. 1:24-cv-04609-HB)** –
**Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant Nuwber, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed on June 10, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al.*, Civil Action No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Clair Wischusen*

Clair Wischusen

cc:   All Counsel of Record (*via* ECF)