CLAIR WISCHUSEN
PARTNER
DIRECT DIAL: (703) 650-7030
EMAIL: CWISCHUSEN@GRSM.COM



ATTORNEYS AT LAW
277 S. WASHINGTON STREET SUITE 550
ALEXANDRIA, VA 22314
WWW.GRSM.COM

March 18, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**  *Atlas Data Privacy Corp., et al v. Nuwber, Inc.* (**No. 1:24-cv-04609-HB**) –
Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

    This firm represents defendant Nuwber, Inc. ("Nuwber") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Rule 12(b)(6) Motion to Dismiss Brief, which was filed on March 18, 2025, in *Atlas Data Privacy Corporation, et al. v. DM Group*, Civil Action No. 1:24-cv-4075 (the "Consolidated Motion"). For the reasons set forth in the Consolidated Motion, Nuwber requests that the Court dismiss Plaintiffs' Complaint in this matter with prejudice.

                                      Respectfully submitted,

                                      Clair Wischusen

cc:    All Counsel of Record (*via* ECF)