UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**     DATE OF PROCEEDING: September 12, 2025

**COURT REPORTER:** FRANCESCA DI BELLA

**TITLE OF CASE:**     **DOCKET NO.:** 24-4609 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
NUWBER, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:49a.m.     Time Adjourned: 10:50a.m.     Total Time in Court: 0:01