# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> NUWBER, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities <br><br> *Defendants*. | Civil Action No.: 1:24-cv-04609 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Clair E. Wischusen, a member of good standing of the Bar of the State of New Jersey and admitted to practice before the United State District Court for the District of New Jersey and an Partner with the law firm of Gordon Rees Scully Mansukhani hereby applies to the Court for an Order permitting Damon W.D. Wright to practice pro hac vice before the United States District Court for the District of New Jersey on behalf of Nuwber, Inc., party of interest in these proceedings under L. Civ. R. 101.1(c). In support of this application, the undersigned shall rely upon the Certifications of Damon W.D. Wright. A proposed form of Order is also being submitted.

Date: September 17, 2025  　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Clair E. Wischusen*
　　　　　　　　　　　　　　　　　　　　　Clair E. Wischusen
　　　　　　　　　　　　　　　　　　　　　**GORDON REES SCULLY MANSUKHANI, LLP**
　　　　　　　　　　　　　　　　　　　　　290 W. Mt. Pleasant Ave.
　　　　　　　　　　　　　　　　　　　　　Suite 3310
　　　　　　　　　　　　　　　　　　　　　Livingston, NJ 07039
　　　　　　　　　　　　　　　　　　　　　Tel.: (973)549-2500
　　　　　　　　　　　　　　　　　　　　　Fax: (973) 377-1911
　　　　　　　　　　　　　　　　　　　　　Email: cwischusen@grsm.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Nuwber Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025 a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system and served on all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Clair E. Wischusen*
　　　　　　　　　　　　　　　　　　　Clair E. Wischusen