### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | |
| *Plaintiffs*, | Civil Action No.: 1:24-cv-04609 |
| v. | |
| NUWBER, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities | |
| *Defendants*. | |

### ORDER FOR ADMISSION *PRO HAC VICE*

This matter having been brought before the Court by Clair E. Wischusen of Gordon Rees Scully Mansukhani, LLP, counsel for Defendant Nuwber Inc., for an order allowing Damon W.D. Wright, of Gordon Rees Scully Mansukhani, LLP to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to L. Civ. R. 101.1(c);

**IT IS** on this  18th  , day of       September     , 2025,

**ORDERED** that Damon W.D. Wright, member of the Bar of the District of Columbia; the Bar of the State of Virginia; the Bar of the US District Court for the Eastern District of Virginia; the Bar of the US District Court for the Western District of Virginia; The Bar of the US District Court for the District of Columbia; the Bar of the US District Court for the District of Maryland;

the Bar of the US Bankruptcy Court for the District of Columbia; the Bar of the US Bankruptcy Court for the Eastern District of Virginia; the Bar of the US Bankruptcy Court for the District of Maryland; the Bar of the US District Court for the Northern District of Ohio; the Bar of the US District Court for the Eastern District of Texas; the Bar of the US Court of Appeals for the District of Columbia Circuit; the Bar of the US Court of Appeals for the Fourth Circuit; the Bar of the US Court of Appeals for the Ninth Circuit; the Bar of the US Court of Appeals for the Tenth Circuit; the Bar of the US Tax Court; and the Bar of the US Supreme Court, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey under L. Civ. R. 101.1(c); provided, however, that all pleading, briefs and other papers filed with the Court shall be signed by Clair E. Wischusen, an Attorney Gordon Rees Scully Mansukhani in good standing with the Bar of the State of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that under L. Civ. R. 101.1(c)(2), Damon W.D. Wright shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with N.J. Ct. R. 1:28-2 within twenty (20) days from the entry of this Order unless previously paid for the current calendar year, enclosing with payment a completed Form PHV-4; and it is further

**ORDERED** that Damon W.D. Wright shall each make a payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Damon W.D. Wright shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>.

This ___ day of_____, 2025.


/s/  Harvey Bartle III_____
                                                        J.




_____