DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporation

Plaintiff(s),

v.

Nuwber, Inc., et al.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 1:24-cv-04609

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Clair E. Wischusen
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Damon W.D. Wright

Firm: Gordon Rees Scully Mansukhani LLP

Address: 277 S. Washington St.
Suite 550
Alexandria, VA 22314

Email: dwright@grsm.com

Phone: 703-973-8776

Admitted on behalf of: Nuwber, Inc.