IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>        *Plaintiffs*,<br>v.<br><br>NUWBER, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities<br><br>        *Defendants*. | Civil Action No.: 1:24-cv-04609 |

## ORDER FOR ADMISSION *PRO HAC VICE*

This matter having been brought before the Court by Clair E. Wischusen of Gordon Rees Scully Mansukhani, LLP, counsel for Defendant Nuwber Inc., for an order allowing Segev D. Kanik, of Gordon Rees Scully Mansukhani, LLP to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to L. Civ. R. 101.1(c);

**IS** on this _____, day of _____, 2026,

**ORDERED** that Segev D. Kanik, member of the Bar of the District of Columbia; the Bar of the State of Maryland be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey under L. Civ. R. 101.1(c); provided, however, that all pleading, briefs and other papers filed with the Court shall be signed by Clair E.

Wischusen, an Attorney Gordon Rees Scully Mansukhani in good standing with the Bar of the State of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that under L. Civ. R. 101.1(c)(2), Segev D. Kanik shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with N.J. Ct. R. 1:28-2 within twenty (20) days from the entry of this Order unless previously paid for the current calendar year, enclosing with payment a completed Form PHV-4; and it is further

**ORDERED** that Segev D. Kanik shall each make a payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Segev D. Kanik shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys.

    This 5th  day of_____January_____, 2026.

                                             /s/  Harvey Bartle III
                                                                        J.