```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
NUWBER, INC., et al.                :       NO. 24-4609


ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
SPY DIALER, INC., et al.            :       NO. 24-11023


ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
TRUE SOFTWARE SCANDINAVIA AB,       :       NO. 25-7650
et al.                              :
```

ORDER

AND NOW, this 8th day of January 2026, after a status conference with counsel, it is hereby ORDERED that:

(1) Plaintiffs shall file on or before January 21, 2026 any briefs in opposition to defendants' motions to dismiss for lack of personal jurisdiction; and

(2) Defendants shall file any reply briefs on or before February 2, 2026.

BY THE COURT:

/s/ Harvey Bartle III
                              J.