UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   February 18, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   KIMBERLY WILSON

**TITLE OF CASE:**                          **DOCKET NO.:** 24-4609 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
NUWBER, INC., et al.

**APPEARANCES:**
Elliot Harvey Schatmeier, Esq., Eric Palmer, Esq., and Adam Shaw, Esq., for Plaintiffs.
Segev D. Kanik, Esq., for Defendant

**NATURE OF PROCEEDINGS**:   HEARING ON [47] MOTION TO DISMISS

Hearing on [47] Motion to Dismiss held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:27a.m.    Time Adjourned:  10:54a.m.    Total Time in Court: 0:27