

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1973.567.7832

April 7, 2026

**VIA ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: <u>**In Re: Daniel's Law Compliance Litigation**</u>
**Docket Nos.:** **24-cv-04098    (Quantarium)**
**24-cv-4609      (Number)**
**24-cv-11023    (Spy Dialer)**
**25-cv-7650      (True Scandinavia)**

Dear Judge Bartle:

We, along with cocounsel in the above-captioned cases, represent Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, and the individual plaintiffs (collectively, "Plaintiffs") in the above-captioned cases.

Plaintiffs filed the same sealed omnibus brief in opposition to the motions to dismiss for lack of personal jurisdiction in each of these four cases.[1] The omnibus opposition was sealed because of a fifth case that was also part of that briefing: <u>Atlas Data Privacy Corp. et al. v. PublicNSA, et al., LLC, et al.</u> (No. 25-cv-5989). Pursuant to a confidentiality order, the defendant in <u>PublicNSA</u> designated portions of the briefing related only to it to be filed under seal, along with portions of the deposition of its corporate representative (**Exhibit C** to the omnibus opposition), and the defendant then filed a motion to seal those portions of the brief and deposition. That motion to seal is attached as Exhibit 1 to this letter, and the Court's recent order granting it is attached as **Exhibit 2**.

//

---

[1] Docket No. 88 in <u>Quantarium Alliance</u>, No. 92 in <u>Nuwber</u>, No. 56 in <u>Spy Dialer</u>, and No. 35 in <u>True Software</u>.

6010567.1

Hon. Harvey Bartle, III, U.S.D.J.
April 7, 2026
Page **2** of **2**


        //

        In light of this order, Plaintiffs now file redacted versions of their omnibus briefing in the four case captioned in the subject line of this letter, along with a redacted version **Exhibit C** to this briefing.  The redacted omnibus brief is attached as **Exhibit 3**, and Ex. C to that briefing is attached as **Exhibit 4**. These redactions relate only to the PublicNSA case, not the other cases.

                                Respectfully submitted,

                                **PEM LAW LLP**
                                *Attorneys for Plaintiffs*


                                 */s/ Jessica A. Merejo*
                                 JESSICA A. MEREJO

JAM/
cc:      All counsel of record (via ECF)