

**Rajiv D. Parikh, Esq.**
**Partner**
rparikh@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5330

July 20, 2026

<u>**VIA ECF**</u>

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

     **Re:**    <u>**Daniel's Law Compliance Litigation**</u>

Dear Judge Bartle:

    Kindly accept this letter regarding Defendants' Motion for Reconsideration [Docket Entry No. 133][FN – All Docket Entry numbers reference the docket in Atlas Data Privacy Corp. v. Deluxe Corporation, Civil Action No.: 24-4080 (HB). As the Court is aware, the motion and/or letters joining in same have been filed in all matters pending before the Court] (the "Motion for Reconsideration"), Defendants' request for a stay and Plaintiffs' response [Docket Entry Nos. 134 & 135] and the Court's July 16, 2026 Order staying paragraphs 1-3 of the June 30, 2026 Order [Docket Entry No. 136].

    Plaintiffs will be filing its opposition to the Motion for Reconsideration this week. Because reply briefs are not permitted under L. Civ. R. 7.1(i), Plaintiffs respectfully request that if the Court is going to hear argument on the motion, it be held on July 30, 2026 when all parties are scheduled to appear before the Court.

    Thank you for the Court's consideration of this matter.

                    Respectfully submitted,

                    **PEM LAW LLP**

                    *s/ Rajiv D. Parikh*
                    RAJIV D. PARIKH

RDP:dmc

c:      Counsel of Record (via CM/ECF)