**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**PEM LAW LLP**

Rajiv D. Parikh, Esq.
Jessica A. Merejo, Esq.
Julia R. Livingston, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email(s): rparikh@pemlawfirm.com
jmerejo@pemlawfirm.com
jlivingston@pemlawfirm.com
*Attorneys for Plaintiffs*

**GORDON, REES, SCULLY & MANSUKHANI, LLP**
Clair Wischusen
Damon W.D. Wright
Segev Kanik
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Phone: 973-549-2500
Email(s): cwischusen@grsm.com
dwright@grsm.com
skanik@grsm.com
*Attorneys for Defendant Nuwber, Inc.*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>NUWBER, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | 24-cv-4609 (HB)<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Jane Doe-1 and Jane Doe-2, *law enforcement officers*; Patrick Colligan, Edwin Maldonado, Peter Andreyev, and William Sullivan (collectively “Plaintiffs”) and Defendant Nuwber, Inc. (“Defendant”), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

The Parties and any other person subject to the terms of the Settlement Agreement dated October 13, 2026 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the Agreement.

**PEM LAW LLP**

*Attorneys for Plaintiffs*

*/s/ Julia R. Livingston*
JULIA R. LIVINGSTON

Dated: October 19, 2026

**GORDON, REES, SCULLY & MANSUKHANI, LLP**
*Attorneys for Defendant*

*/s/ Clair Wischusen*
CLAIR WISCHUSEN

Dated: October 19, 2026